JS - 6

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DONALD W. YOO (State Bar No. 227679)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel:      (213) 894-3994
    Fax:    (213) 894-7819
    Email:  donald.yoo@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GUITRON, an individual, | No. CV10-6440-CAS (MANx) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |
| | Honorable Christina A. Snyder |

Pursuant to the Stipulation for Compromise Settlement and Dismissal entered into between Plaintiff Sergio Guitron ("Plaintiff") and Defendant United States of America ("Defendant"), IT IS HEREBY ORDERED THAT:

1. The above-captioned action, including the counter-claim, is dismissed with prejudice in its entirety;

2. Each party shall bear their own costs of suit and fees;

3. The Court retains jurisdiction pending payment of the settlement.

Dated: February 3, 2012    _____*Christine A. Snyder*_____
                            HONORABLE CHRISTINA A. SNYDER
                            UNITED STATES DISTRICT COURT JUDGE